# UNITED STATES DISTRICT COURT
for the

District of

COLUMBIA Division

Case: 1:25−cv−01062 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/24/2025
Description: Pro Se Gen. Civ. (F−DECK)

| | |
|---|---|
| Corporal BENJAMIN W. LATHAM USMC (ret.), Pro Se <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Commandant of the Marine Corps, General Eric M. Smith, Et. al.. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CORPORAL BENJAMIN W. LATHAM USMC (ret.) |
   | Street Address | 6408 TRUXTON LANE |
   | City and County | RALEIGH (WAKE COUNTY) |
   | State and Zip Code | NORTH CAROLINA, 27616 |
   | Telephone Number | (928) 278-7838 |
   | E-mail Address | BPLATHAM2014@GMAIL.COM |



**RECEIVED**

MAR  24  2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ERIC M. SMITH |
| Job or Title *(if known)* | COMMANDANT OF THE MARINE CORPS (In Care of CL) |
| Street Address | HQTRS, USMC, 3000 Marine Corps"The Pentagon",Rm. 4E468 |
| City and County | Washington (District of Columbia) |
| State and Zip Code | D.C., 20350-3000 |
| Telephone Number | 703-614-2500 |
| E-mail Address *(if known)* | smbwwropscenter@usmc.mil |

Defendant No. 2

| | |
|---|---|
| Name | Wounded Warrior Regiment (TSGLI Section) |
| Job or Title *(if known)* | Commanding Officer Colonel Morina D. Foster |
| Street Address | 1998 Hill Avenue, Quantico, Virginia |
| City and County | Marine Corps Base Quantico (Prince William County) |
| State and Zip Code | Virginia, 22134 |
| Telephone Number | 703-432-1850.  alt: 703-432-1857  (Paul Williamson GS-15) |
| E-mail Address *(if known)* | t-sgli@usmc.mil Alt/Command adv: paul.williamson1@usmc.mil |

Defendant No. 3

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | Civil Process Clerk: U.S. Attorney's Office for D.C. |
| Street Address | 601 D Street, NW |
| City and County | Washington, (district of Columbia) |
| State and Zip Code | DC 20530 |
| Telephone Number | (202) 252-2500. |
| E-mail Address *(if known)* | USADC.ServiceCivil@usdoj.gov |

Defendant No. 4

| | |
|---|---|
| Name | Terence Emmert |
| Job or Title *(if known)* | Acting Secretary of the Navy |
| Street Address | 1000 Navy Pentagon, Room 4D652 or 4E686 |
| City and County | Washington (district of Columbia) |
| State and Zip Code | DC, 20350 |
| Telephone Number | (703) 695–3131 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        E-mail Address *(if known)*  secnavpa.fct@navy.mil

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

38 U.S. Code § 1975, 38 U.S. Code § 1980A, United States Constitution Article II (Executive Power) right of review in the Courts (Seperation of powers), Article III Judicial Power of the United States Courts, First Amendment U.S. Constitution right "to petition the Government for a redress of grievences" clause. Fifth Amendment "Due Process of law" clause, Seventh Amendment "right of a trial by jury" clause, Ninth Amendment "Enumeration...of certain rights" caluse Fourteenth Amendment "equal protection of the laws" clause. 38 U.S. Code § 5107(b) "benefit of the doubt" via 38 CFR § 9.20(g)(3)"uniformed service shall give the benefit of the doubt to the member" See 88 FR 15907 Final Rule effective April 14, 2023.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.   The Plaintiff(s)

        a.   If the plaintiff is an individual

        The plaintiff, *(name)* Corporal Benjamin W. Latham USMC (ret.), is a citizen of the State of *(name)* North Carolina.

        b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __Commandant Eric M. Smith USMC__, is a citizen of the State of *(name)* __United States Military (Pentagon) D.C.__. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Cumulative of three separate claims to TSGLI benfits owed amounting to $175,000 dollars. Breakdown: (Claim 1) ADL Assistance due to TBI maximum sought $100,000 dollars (Injury occurred 12th of November 2013. (Claims 2 and 3) Loss of Use of Creative organ Testicles/ and or Penis (both impacted and rendered unusable) capped at $50,000 dollars each date of Injury 6th of September 2013,. However Corporal Latham was paid a $25,000 Dollar claim for 15 consecutive days hospitalization due to traumatic brain injury from the 6th of September 2013 claim, therefore the owed award is reduced under the law by the previous paid cliam. therefore is $100,000 (unpaid) + $50,000 (unpaid) + $50,000 (unpaid) - $25,000 (paid) =$175,000 total .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

III. **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On September 6, 2013, Corporal Benjamin Latham during Active duty military service was involved in an automobile accident. Soon after, he realized he as a result experienced painful, abnormal functioning of his penis and testicles and notified the care team at Naval Hospital Camp Lejeune, where he alleges he received substandard care focused on other injuries. Later evaluations confirmed a complete loss of use of both organs, prompting him and his wife to pursue fertility and hormone treatments in Austria, along with care from private doctors and the VA. Following the accident, Latham suffered multiple falls, including a shower incident where he struck his head, leading to worsening brain injuries that i mpaired his daily activities. The VA recognized his traumatic brain injury by awarding him Special Monthly Compensation for Aid and Attendance, retroactive to his separation from service, and his wife assumed primary caregiving in February 2015 after leaving her job and receiving training from WWBN command and the VA.Corporal Latham submitted four TSGLI benefit claims to the Defendant's TSGLI Section (the "Wounded Warrior Regiment"). Three claims—for ADL loss from TBI, loss of use of his penis, and loss of use of both testicles-initially fthe claims had avorable findingd but later were against the statute reversed, rescinded , or rebutted without clear and convincing ecidenct to the contrary. In another instance, tDefendant argued that new evidence with a subsequnt tsgli appeal was submitted beyond the one-year deadline rendered the appeal supposedly untimely, a decision Corporal Latham disputed with evidence of timely submission. Since 2018, the TSGLI Section has consistently denied these claims on all appeals, failing to apply the proper legal standard "More likely than not (preponderanc of the evidence) and fails to ivoke the regulatorybenefit of the doubt doctrine now published in Federal Register per 38 C.F.R. 9.20.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that the Court grant summary judgment in favor of Plaintiff and order the Defendant to pay all TSGLI benefit claims that have been wrongfully denied, including any amounts retroactive to the date of the initial denial and continuing to the present. This includes an award of actual damages / withheld award in the amount of $175,000.

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 13, 2025

Signature of Plaintiff

Printed Name of Plaintiff: CORPORAL BENJAMIN W. LATHAM USMC (ret.)

#### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address